UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERONICA GASPA<br><br>           Plaintiff,<br><br>-against-<br><br>CHICO'S FAS, INC.<br><br>           Defendant. | Case No: 3:24-cv-10170-RK-jtq<br><br>Judge Robert Kirsch<br>Magistrate Judge Justin T. Quinn |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Veronica Gaspa ("Plaintiff"), by counsel, and Defendant Chico's FAS, Inc. ("Chico's"), by counsel, hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted by Plaintiff against Chico's in the above-captioned action are hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                                                         Respectfully submitted,

Date:   May 7, 2025

| | |
|---|---|
| */s/ Uri Horowitz*<br>Uri Horowitz, Esq.<br>Horowitz Law, PLLC<br>14441 70th Road<br>Flushing, NY 11367<br>Telephone: (718) 705-8706<br>uri@horowitzlawpllc.com<br>*Counsel for Plaintiff Veronica Gaspa* | */s/ Jason B. Jendrewski*<br>Jason B. Jendrewski, Esq.<br>Greenberg Traurig, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9268<br>jason.jendrewski@gtlaw.com<br>*Counsel for Defendant Chico's FAS, Inc.* |

## CERTIFICATE OF SERVICE

  I certify that on May 7, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            */s/ Uri Horowitz*
            Uri Horowitz
            *Attorneys for Plaintiff*